UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

RON L. BEAULIEU & CO., INC. AND RON L.
BEAULIEU, INDIVIDUALLY, TRI-COUNTY
COMMUNITY ACTION PROGRAM, INC. AS
ASSIGNEE OF RON L. BEAULIEU & CO., INC. AND
RON L. BEAULIEU, INDIVIDUALLY,

          Plaintiffs,

                  Docket No. 1:17-cv-00355-SM

v.

PHILADELPHIA INDEMNITY INSURANCE
COMPANY

          Defendant.

## STIPULATION OF DISMISSAL

In accordance with the provisions of Fed.R.Civ.P. 41, the parties to the above-captioned

matter hereby stipulate and agree to dismiss the plaintiff's complaint with prejudice and without

costs.  All rights of appeal are hereby waived.

| | |
|---|---|
| Plaintiff,<br>By Its Attorneys, | Defendant,<br>By Its Attorneys, |
| */s/ Andrew D. Dunn* | */s/ Linda M. Smith* |
| Andrew D. Dunn, #696 | Edwin F. Landers, Jr., #17297 |
| adunn@devinemillimet.com | elanders@morrisonmahoney.com |
| DEVINE MILLIMET & BRANCH | Linda M. Smith, #265038 |
| 111 Amherst Street | lsmith@morrisonmahoney.com |
| P. O. Box 719 | MORRISON MAHONEY LLP |
| Manchester, H 03105-0719 | 1001 Elm Street, Suite 304 |
| (603) 695-8503 | Manchester, NH 03101 |
| | (603) 622-3400 |

Dated:  December 4, 2018

1730819v.1