UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Ron L. Beaulieu & Co., Inc.</u>;
<u>Ron L. Beaulieu</u>;
<u>Tri-County Community Action Program, Inc.</u>

    v.                                    Case No. 17-cv-355-SM

<u>Philadelphia Insurance Company</u>;
<u>Philadelphia Indemnity Insurance Company</u>;
<u>Philadelphia Consolidated Holding Corp.</u>

<u>JUDGMENT</u>

    Judgment is hereby entered in accordance with the following:

    1.  Endorsed Order by U.S. District Judge Steven J. McAuliffe on September 26, 2017, approving Assented-to Motion to Dismiss Unserved and Unnecessary Parties, and

    2.  Stipulation of Dismissal dated December 4, 2018.

                                          By the Court:

                                          _____
                                          Daniel J. Lynch
                                          Clerk of Court

Date: December 6, 2018

 cc:   Andrew D. Dunn, Esq.
       Edwin F. Landers, Jr., Esq.
       Linda M. Smith, Esq.